**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| IN RE: TERMINATION OF PARENTAL RIGHTS TO  A.P.H., A MINOR | : No. 122 MAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: S.L.L., MOTHER | : from the Order of the Superior Court |
| | |
| IN RE: TERMINATION OF PARENTAL RIGHTS TO M.S.H., A MINOR | : No. 123 MAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: S.L.L., MOTHER | : from the Order of the Superior Court |
| | |
| IN RE: TERMINATION OF PARENTAL RIGHTS TO K.P.H., A MINOR | : No. 124 MAL 2022 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| PETITION OF: S.L.L., MOTHER | : from the Order of the Superior Court |

## ORDER

**PER CURIAM**

**AND NOW**, this 6th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.